GENERAL DYNAMICS v. DEFENSE Next case is GENERAL DYNAMICS v. SECRETARY OF DEFENSE, as we move from a dispute between a former wife and a widow regarding pensions to calculation of pensions by a large defense contractor. Mr. Hellman. MR. HELLMAN Thank you, Your Honor. Good morning, and may it please the Court. This case is about whether General Dynamics may use current data to predict its pension costs going forward. It is indisputable that current data, using current data, is more likely to lead to accurate predictions. Yet the government contends that General Dynamics must use old, out-of-date data when it makes those predictions going forward. JUDGE LEBEN But you've got a set of regulations to deal with.  HELLMAN Correct. CAST 412. JUDGE LEBEN Dash 50, which counsels avoiding distortion caused by short-term fluctuations. If you make a long-term estimate of 8 percent and start recalculating in the middle of the year, that seems quite contrary to the desire to avoid the need to avoid short-term fluctuations. HELLMAN Not at all, Your Honor.  JUDGE LEBEN Not even close? HELLMAN I don't believe so. Not when we follow the regulation all the way through. There's nothing inherent in a January 1 date or any other date during the year that makes it more predictive of long-term trends. You can't adopt that date. You can't switch to a mid-year date where you've already had some experience, and then say, well, we'll put that in our pocket, and we'll let the rest of the year flow on its own. HELLMAN I don't think so, Your Honor, for this reason. The actuarial assumption in question here is the 8 percent growth rate, the long-term 8 percent growth rate, .02 percent per day. Whatever baseline you choose, whatever baseline you choose, or whatever baseline General Dynamics chooses, it is always assuming that it will grow at that rate going forward. Once you know that the current baseline is something different than it was on January 1, it's quite proper to assume, once you have that information, it's quite proper and actually much more consistent with a long-term growth rate of 8 percent to assume 8 percent growth from that point forward. But 8 percent, or whatever, assumes ups and downs. And so, once an up has occurred or a down has occurred, that simply is part of the 8 percent over the long-term. GENERAL DYNAMICS I don't think so, Your Honor. You could imagine that on January 1, the value of the fund is X, and that X has dropped 20 percent just from the day before, and at that point, you have a baseline, and you say, let's go forward at 8 percent, and that includes, that baseline includes all the historical data. But does your argument concede that if we're talking about an actuarial assumption wherein CAS kicks in, then you lose? So, you've got to persuade us that this wasn't in the nature of an actuarial assumption, and CAS, you're saying, you're not, I thought your argument wasn't that you fulfilled the requirements of CAS in terms of long-term uniformity and stability, but that that requirement doesn't apply to you. Am I wrong? GENERAL DYNAMICS No, Your Honor. In this court, we are conceding that we need to comply with CAS 412 and that we do so because the actuarial assumption that CAS 412 requires is an 8 percent growth rate, whatever your baseline is. And the CAS 412 doesn't say which baseline to use. There's nothing in CAS 412 that says January 1 is the right date for calculating, the only date for which you could calculate a growth rate going forward. And I think... So, what are the limits of your, I mean, every year that we have historically, and I'm sure there was some rational basis for doing this, but General Dynamics picked a different date on which to sort of kick in this blended rate. Under what you're suggesting, it would seem, and technology probably makes this more and more likely in the near future, that every week, every day, based on market fluctuations, you ought to kick in a new rate. Right. That, in your view, is consistent with the need for certainty and uniformity long term? Well, you know, that's one of the oddities of this case, Your Honor, which is that everyone agrees, the board agrees, and I believe the government agrees, that we are allowed to update intra-year everything else that could have an effect on our pension costs going forward. If, for example, General Dynamics acquires a thousand more workers in a merger, that will certainly have an effect on its pension costs going forward. Sure. And the government and the board found that it is appropriate to update that baseline. How many workers? Yeah, because that's a permanent. I mean, once you hire, granted, you could then fire those thousand people, but certainly it ups the base. That's a lot different than a market, which we all accept, right, it fluctuates arguably from day to day, right? It's a little different, right?  I guess I'd call it the textual point in the regulation, and then sort of the suggestion that it's manipulable, and therefore it would be poor policy to allow updating and using current data. In terms of what the regulation speaks of, it is only about the assumption of what it is going to grow at going forward. And everybody agrees that if General Dynamics adds a thousand people in the first part of the year, you ought to calculate your pension costs going forward using that as your baseline. So we think it's entirely appropriate that market conditions also have the same structure to them. But in terms of the manipulation point, we have been doing it this way for approximately 25 years. I wasn't suggesting sort of manipulation, which has some sort of nefarious intent associated with it. I was suggesting if you're telling us your goal is to provide the best available data and take that into account, then that would suggest that at some point General Dynamics would be changing this on a weekly basis or a daily basis. Well, it's not generally practical to change it on a daily or weekly basis because the results have to be certified and run through an actuarial model and certified by actuaries. But it is the case that if the government thinks that current market conditions as of the date that General Dynamics updates no longer reflect current market conditions, if they think that something has changed, that there's even more currency that you could have, they always can ask for an additional update to reflect the most up-to-date conditions. Yeah, but if we agree that cash supplies, and we're talking about uniformity and consistency, it seems to me you're suggesting a system. I mean, we could have a perfect system. We could do the calculations every day after the market closes, and then we'd be sure we have the exact right number for any particular point in time. But once you accept that cash supplies, doesn't that argue for what is, after all, a negotiated rate on an annual basis, which is the 8%, right, or now the 8.5%? Well, and I want to be crystal clear about this. We only use an 8% rate going forward, only. Never do anything else. If the update is on January 1, we assume an 8% rate going forward. If the update is on August 1, we assume an 8% rate for the rest of the year going forward. So the question is the base and the timing of the base rather than the rate. Correct. Correct. Absolutely. Absolutely. And CAS 412 is concerned about estimates of future conditions, not bases. It's worried about assumptions. It's worried about, well, it's worried about actuarial assumptions, which are defined as estimates of future conditions. It's a little bit like, you know, and the baseline is not an estimate of the future condition. It's a little bit like the Holy Roman Emperor. It's neither an estimate, it's not the future, and it's not a condition. None of those three things. And when we take that baseline, we always assume an 8% rate going forward, 0.02% per day. The blended rate nomenclature that the board spent a lot of time talking about is, I think, just sort of a red herring in this case. Every rate could be, once you have a pivot, once you have an update, every rate could be characterized as a blended rate. Let's say it goes down 8% for the first six months of the year. And then you could say, if you assume an 8% growth rate going forward, you have a blended rate of 0%. But that 0% has two components. There's an historical component of a negative 8% decline, which is actual, has happened, is a fact. And then there's your estimate of your future condition going forward. But what if the 8%, it's hard to sit down and negotiate 8%. What does that number represent? That presumably represents the number based on all of the fluctuations that are anticipated that is the overall number for the year, right? It represents the long-term growth rate for estimating future conditions. Okay. So presumably, that already takes into account, I mean, so the market may blow up tomorrow, God forbid, go down 500 points. Sure. And then a month later, go up 500 points. I assume that is already, I mean, all of you smart people sit there and negotiate this 8%, which already encompasses the various fluctuations that might occur through the year. Now, you may end up being a little wrong or a little right. Right. But that isn't determined based on what the number is on July 1st, because if you acknowledge, you don't know what's going to happen between July 1st and the remainder of the year. Right. But I think the key is that there's nothing special about January 1 either. January 1 is not required by CAS 412 in this case. January 1, like any other date during the year, is just simply the product of whatever happened before January 1. Yeah, but if we're under CAS and we're trying to promote uniformity and certainty, it doesn't seem crazy that the parties sit down every year and on an annual basis, try to figure out what the number is. Because what you're suggesting is the government next year won't know. You could decide, okay, on January 30th, we're going to do a blended rate, we're going to take an actual count, and then on March 4th, we're going to do an actual count, and we're going to have this continuous fluctuation, which accounts for what's happened, but doesn't necessarily account for the 8% that's already arguably included. Well, it's certainly possible that there could be a regulation enacted to have updates at particular times over the course of the year. And of course, the board's decision says that even if you updated every January 1 and every July 1, that would not be allowed. They say that only January 1. Yeah, but the problem is, that's true, but are you suggesting that, what is the basis for our accepting your view, but then putting any limitation on the numbers? I don't see a basis for doing that. Are you suggesting that we could say, well, you can do it once a year, but only once a year? You can do it on this date, but not on that? You're advocating a rule that has no limits, and that's probably valid in terms of whether or not we could impose certain limits, but not others, right? Well, there's a couple of points in response to that, Your Honor. CAS 412 values currency and accuracy. There's nothing, currency is not a vice under CAS 412, nor does CAS 412 ask for one particular baseline versus another. It simply says that once you know your historical data, once you know where you are, you cannot use a short-term growth rate going forward. On January 1, you know where you are. Whatever happened on December 31st gives you that number. On August 1, you know where you are, and whatever happened in the intervening months gave you that number. Those two dates are of equal dignity under CAS 412. All CAS 412 is saying is, once you get to that point, once you have knowledge of facts, not the future, but facts, don't let short-term fluctuations in the past tell you what it's going to grow out in the future. But general dynamics never does that. If it is August 1, we are estimating an 8% growth rate, 0.02% per day for the balance of the year, and then for every year forward under the speech of the President. Mr. Hellman, you're well into your rebuttal time. Do you wish to continue or save it? No, I will save my time, Your Honor. Thank you very much. Thank you, Mr. Douglas. Thank you, Your Honors. May it please the Court, the opinion of the Board should be affirmed because the Board properly determined that general dynamics was using a procedure that was inconsistent with CAS. Not only the opinion, but the decision, in your view. I'm sorry? The decision, in your view, should be affirmed, not just the opinion. Yes, Your Honor. Sorry. The general dynamics made the point that there's nothing magical about a January 1 date, and I'd like to respond to that point first. The reason that the January 1 date is used is because that is the date that general dynamics used as the valuation date for its pension plan when it set up the pension plan. General dynamics is the administrator. When they set up the plan, they set up a calendar year plan. It would be unusual, but apparently other contractors do have plans. There are some plans that are not valued on January 1, but almost all plans are valued on January 1. So that January 1 date is significant because that is the valuation date for the general dynamics pension plan. That is the date that's used when they prepare their actuarial valuation report. General dynamics says they've been using mid-year dates for 25 years with no objection. They apparently have done this over time, Your Honor. When the defense contract audit agency noted this in an audit report in December 2006, I'm sorry, September of 2006, the defense contract management agency then issued its determination of potential noncompliance. General dynamics changed its practice for a short period and then went back and used a mid-year period. At that point, there was a formal determination of noncompliance by DCMA. Obviously, so you negotiate and you renegotiate this percent for the last for the year, right? With 8% now. Actually, general dynamics is responsible for stating. There's what's called a cast disclosure statement, and they provide the estimate. The government can challenge it, but usually the contractor issues that number. It's not negotiated between the two. If there are requirements that they issue a number, then what if they came forward with this as the assumption? We do the actual number, some blended rate. Would the government be able to object to that? Would it object to that? If they were to change their, if they believed that their experience. You're saying they have to come up with a specific number. Yes, there is a disclosure statement, and they say the contractor's estimate of the discount rate or the long-term asset growth rate is 8%, and it's in a cast disclosure statement. The point is they have an actuarial valuation report as of January 1, and they file another piece of paper, a cast disclosure statement that says 8% is our estimate. Then under the FAR, they file this retirement plan forward pricing rate, and that includes an estimate of the market value of the assets out for the current year and then up to nine years in addition. And so because of the January 1 valuation rate and their stated assessment of 8% as their long-term rate, they have to use 8% for each of those years out into the future for up to nine additional years beyond the base year. And by using this methodology, their rate that they're reporting for the base year is different than the cast disclosure rate that they've told the government 8% is our long-term best estimate of the growth rate. This is just something I don't understand about the system, because then you say that that blended rate then infects the calculations up to nine years going forward, right? Yes. But don't those, at some point when you get to the next January 1, you do an actual calculation, right? The next January 1, you know how the market did and what the fluctuations were. Isn't that the rate that's then used to go nine years out and not the stale, possibly incorrect rate? The next year. But if you're submitting, you know, the Department of Defense, they purchase, you know, if you buy an aircraft carrier, you've got to know what their rates are going to be in out years. It's not what it is this year. And so these out years are very important for planning and budgeting purposes. And so the accuracy of the retirement plan forward pricing rate is important all the way out through this forecast period. And while General Dynamics makes a lot of arguments in their brief about the increased accuracy of their projection, they're talking about the base year or the base year in 2009. They're not changing it. Everything forward is 8%. Right. But by using the short-term value in the base period, they're reporting different numbers for those out years. Even though it's growing 8% per year in each of those additional years, it's growing off of a different base. So we should listen to President Hoover that this temporary economic downturn is only a short-term fluctuation. Well, in the long run, we're all dead, but the point is that the determination of noncompliance in this case was a 2008 to 2016 projection. And while General Dynamics might even have 2012 data available here today, nobody can tell whether 2013 through 2016 will prove to be... So you're making an actuarial assumption. So you're making an actuarial assumption. And their stated assumption was 8%. And that should have been applied to all the periods, all the years of this retirement plan forward pricing rate. Per annum. 8% per annum, yes. The compounded daily, it works out to... They are briefed to 0219 or something like that. In its reply brief, G.D. says that your argument that they're violating an entirely separate part of CAS 412 is a brand new argument. It never advanced before the board. Is it? I want to give you a chance. It's not even a new argument, Your Honor. In General Dynamics' brief, General Dynamics made a statement that the most important factor for the CAS is accuracy. And we simply responded and said no. If you look at the CAS, the CAS says uniformity and consistency is the most important. We didn't make any allegation that there was a requirement to comply with it. In their reply brief at page 21, they say that we've transformed this horatory provision into a mandatory standard enforceable at government will. We're not arguing that. We're simply saying that you look at the plain terms of the statute. General Dynamics is saying that you have to interpret the statute as seeking to enforce accuracy, and in their view, accuracy in that base period rather than over the 8 to 10 years of the projection. I'm not sure that they would agree that that's their view. Well, OK. But our response was simply that accuracy is not the key goal of the CAS. The key goal of the CAS is uniformity and consistency. And their methodology does not enhance uniformity and consistency. I'm not sure that an accountant or an actuary would say that inaccurate consistency is a good thing. No, Your Honor. But here, General Dynamics is the party that chose the 8% rate. They've said that that is their long-term best estimate. And all we're asking is that they apply that 8% rate to their retirement plan forward pricing rate proposal. The panel has no further questions. I suppose I have one more. Are you willing to do that retroactively and go back and pay them back all the overpayments? Well, Your Honor, these are pricing rate proposals. This is just going into planning and budgeting. After the costs are actually incurred, there's something called an incurred cost submission that actually determines the amount that was paid. The government's interest here is just in keeping the incurred cost and the projected cost uniform and consistent so that there aren't wide swings between the projected cost and the incurred cost. So there are numerous adjustments. If General Dynamics over or underestimates using their long-term rate, there are, first of all, that's for contracts negotiated in this year. January 1 of next year, they have a new actuarial valuation report, and they're going to have new numbers on all the new contracts and renegotiations of contracts. And then afterwards, this is adjusted under the incurred cost submission. So you would say retroactivity is not argued here. It's not an issue, but, in fact, it is dealt with as part of the system. It is part of the system. In fact, the stipulation, Your Honor, refers to the adjustments between the actuarial value of the pension plan and the market value. So even if there's a difference between the actuarial value and the market value, General Dynamics amortizes that over a five-year period. So if their projected actuarial value is 100 and the market value is 110, they increase the actuarial value to 102 to recognize 20% of the discrepancy each year. Thank you, Your Honor. Thank you, Mr. DelSantis. Mr. Hellman has two and a half minutes of rebuttal. Thank you, Your Honor. I just want to be sure that I've left the Court with a crystal clear understanding of how this actually works. If General Dynamics is negotiating a contract, let's say in September, for six years' worth of performance going out, going forward, once you know as of September 1 or currently towards September 1 what the value of the fund is, General Dynamics assumes that it will continue to grow at an 8% growth rate per year going forward, 8% per annum for the balance of the year and then 8% in every year going forward after that. And it makes its bid for this fixed-price contract in light of that consistent 8% estimate. What the government is saying is even though we know the value of the fund has changed over the last seven or eight months, you ought to assume that it will end up at an 8% higher than it was on January 1. So, in effect, what the government is saying, once you know what the August 1 value is, it's going to have to grow at a rate substantially different than 8% in order to average out to 8% by the end of the year. Let's assume it's dropped 20% by August 1. I don't know what the math is, but it's not 8% for the rest of the year. To get to a year-long 8% rate, it's 40% or something like that. That's not what General Dynamics does. General Dynamics says, now that we know that we're here, let's assume an 8% rate going forward, and let's assume an 8% rate in the out years. The bar graph that we put in our brief shows why our approach is more accurate. The government and General Dynamics are at 8% together, 8% together, the same slope, same slope in all those out years. But General Dynamics is starting from a more accurate base because it has the more current and updated data. I don't think anybody has argued that it's not more accurate. Well, but the important point is that the slopes are the same. The slopes are the same. The rate of growth, the actuarial assumption, the estimate of the future condition is 8% with the way General Dynamics does it. And really, it's something quite different, in effect, the way the government would ask, because once you know where you are in August, it's not an 8% growth rate at that point. And this is why, again, I want to stress there is nothing magical about a January 1 date. January 1 simply reflects what has happened up to that point, and you could assume 8% growth from there. But once you have more data, once you have more data, then you should assume the 8% growth rate from that. And a CAS 412 is simply about what actuarial assumption to use, and General Dynamics always and only uses an 8% rate. Thank you, Mr. Hellman. Thank you. We will take the case under advisement.